IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Case No. 1:22-cv-01210-TJM-CFH

STEVEN MARKOS,

    Plaintiff,

v.

WRENEGADE SPORTS, LLC
d/b/a FARM TO FORK FITNESS
ADVENTURES,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Steven Markos ("Plaintiff") hereby gives notice that the parties have reached a settlement in principle. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

| | |
|---|---|
| Dated: January 12, 2023 | COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>By: /s/ Daniel DeSouza_____<br>    Daniel DeSouza, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

    /s/ Daniel DeSouza___
    Daniel DeSouza, Esq.